IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEKVOKE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-2205-LPS-JHL |
| | ) |
| DIGIUM, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for the parties to jointly prepare and file a proposed Scheduling Order, and the accompanying letter (*see* D.I. 11), is extended through and including March 9, 2020.

| | |
|---|---|
| */s/Stamatios Stamoulis* | */s/ Andrew E. Russell* |
| Stamatios Stamoulis (No. 4606) | John W. Shaw (No. 3362) |
| STAMOULIS & WEINBLATT LLC | Andrew E. Russell (No. 5382) |
| 800 N. West Street, 3rd Floor | SHAW KELLER LLP |
| Wilmington, DE 19801 | I.M. Pei Building |
| (302) 999-1540 | 1105 North Market Street, 12th Floor |
| stamoulis@swdelaw.com | Wilmington, DE 19801 |
| *Attorneys for Plaintiff* | (302) 298-0700 |
| | jshaw@shawkeller.com |
| Dated: March 6, 2020 | arussell@shawkeller.com |
| | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge